IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00486-REB-KLM

CURTIS M. FOGLE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Compel Plaintiff to Comply With Fed. R. Civ. P. 26(a)(2)(C) Concerning Expert Disclosures** [#32] and on Plaintiff's **Motion for Enlargement of Time for Plaintiff to Comply With Fed. R. Civ. P. 26(a)(2)(C) Concerning Expert Disclosures** [#34]. Defendant filed a Response [#36] to Plaintiff's Motion [#34]. In short, the parties seek extensions of various deadlines in this matter based on alleged unavoidable delay in Plaintiff's affirmative expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C).

    IT IS HEREBY **ORDERED** that the Motions [#32, #34] are **GRANTED in part**, to the extent that the following deadlines are extended:[1]

- Affirmative Expert Disclosure Deadline    **February 23, 2015**
- Rebuttal Expert Disclosure Deadline    **March 16, 2015**
- Discovery Deadline    **March 27, 2015**

Dated: February 17, 2015

---

[1] The Court is aware that these deadlines are tight. However, the dispositive motions deadline is April 3, 2015, and, in order to allow adequate time for full briefing and resolution of dispositive motions prior to trial, the Court will not extend this deadline. The Final Pretrial Conference and Trial Preparation Conference are set for July 10, 2015, and the Bench Trial is set to begin on July 13, 2015. Absent continuances of these settings, time will not permit further extensions of deadlines in this matter.