**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00486-REB-KLM

CURTIS M. FOGLE,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

**ORDER GRANTING JOINT MOTION
FOR SETTLEMENT CONFERENCE**

**Blackburn, J.**

The matter is before me on the **Joint Motion For Settlement Conference** [#44],[1] filed August 20, 2015. After reviewing the motion, the record, and D.C.COLO.LCivR 16.6, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion For Settlement Conference** [#44], filed August 20, 2015, filed August 20, 2015, is granted;

2. That this matter is referred to the Honorable Kristen L. Mix, United States Magistrate Judge for the District of Colorado, who is authorized to convene and conduct a settlement conference; and

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the settlement conference shall be convened no later than November 10, 2015.

Dated August 24, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge