IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00486-REB-KLM

CURTIS M. FOGLE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Vacate October 6, 2015 Settlement Conference** [#48] (the "Motion"). Based on further research into the law underlying this case, "Defendant is not willing to offer any amount in settlement of the claim at this time." *Motion* [#48] at 2. Although Plaintiff opposes the Motion, *see id.* at 3, the Court finds that a Settlement Conference would not be productive at this time based on Defendant's statement. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**. The Settlement Conference set for October 6, 2015 at 1:30 p.m. is **VACATED**.

    Dated: September 30, 2015